JULY 28, 1992

No. 92–5239 (A–64). ANDREWS *v.* UTAH. Sup. Ct. Utah. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS

1234

would grant the application for stay of execution.

JULY 29, 1992

JULY 30, 1992

No. 92-5321 (A-81). ANDREWS *v.* CARVER, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.